# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SUSAN GREVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-2169-KHV-GLR |
| ) | |
| RENZENBERGER, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate that all of Plaintiff's claims and proposed claims against Defendant Renzenberger, Inc. in the above-captioned matter are hereby dismissed, with prejudice, each party bearing its own costs.

BY:  /s/ Stacy M. Bunck  
Donald S. Prophete   #56058  
Stacy M. Bunck   #20531  
OGLETREE DEAKINS NASH  
SMOAK & STEWART, P.C.  
Park Central Plaza  
4717 Grand Avenue, Suite 300  
Kansas City, MO  64112  
(816) 471-1301  
(816) 471-1303  *(Facsimile)*  
don.prophete@ogletreedeakins.com  
stacy.bunck@ogletreedeakins.com  
Attorneys for Defendant

/s/ Luis Mata  
Luis Mata   #9003  
RANDLES, MATA & BROWN, L.L.C.  
406 West 34th Street, Suite 623  
Kansas City, MO  64111  
(816) 931-9901  
(816) 931-0134 *(Facsimile)*  
luis@rmblawyers.com  
Attorneys for Plaintiff

5336634.1